No. 4088.—Pueblo, apldo., *v.* Pacheco, aplte.—C. D. San Juan. Alterar la paz. Marzo 10, 1930.

No. 4081. Pueblo, apldo., *v.* De la Concha Pérez, aplte.— C. D. Ponce. Asesinato en primer grado. Marzo 17, 1930.

No. 4090.—Pueblo, apldo., *v.* Bosch et al., apltes.—C. D. San Juan. Escalamiento en primer grado. Marzo 17, 1930.

No. 4091.—Pueblo, apldo., *v.* Falero, aplte.—C. D. San Juan. Adulteración de leche. Marzo 17, 1930.

No. 4092.—Pueblo, apldo., *v.* Ramírez, aplte.—C. D. Mayagüez. Acometimiento y agresión graves. Marzo 17, 1930.

No. 4093.—Pueblo, apldo., *v.* Márquez, aplte.—C. D. San Juan. Alterar la paz. Marzo 17, 1930.

No. 4094.—Pueblo, apldo., *v.* Ríos Guzmán, aplte.—C. D. San Juan. Adulteración de leche. Marzo 17, 1930.

No. 4095.—Pueblo, apldo., *v.* García (*a*) Aviador, aplte.— C. D. San Juan. Ataque para cometer homicidio. Marzo 17, 1930.

No. 4096.—Pueblo, apldo., *v.* Mercado et al., apltes.—C. D. San Juan. Infracción Ley de Prohibición. Marzo 17, 1930.

No. 4097.—Pueblo, apldo., *v.* Ramos, aplte.—C. D. Ponce. Violación. Marzo 17, 1930.

No. 4099.—Pueblo, apldo., *v.* Rivera Vizcarrondo, aplte. —C. D. San Juan. Alterar la paz pública. Marzo 17, 1930.

No. 4101.—Pueblo, apldo., *v.* Burgos, aplte.—C. D. Guayama. Homicidio voluntario. Abril 7, 1930.

No. 4110.—Pueblo, apldo., *v.* Mendoza, aplte.—C. D. Mayagüez. Asesinato en segundo grado. Abril 14, 1930.

No. 5290.—Ex parte Pedro Laboy, peticionario.—C. D. Guayama. Hábeas Corpus. Abril 14, 1930.

No. 4102.—Juan Viera, peticionario y apelante, y Ernesto Cádiz, Submárshal de la Corte de Distrito de Humacao, opositor y apelado.—C. D. Humacao. Procedimiento de hábeas corpus. Abril 14, 1930.

No. 4117.—Pueblo, apldo., *v.* Aguirre, aplte.—C. D. San Juan. Homicidio voluntario. Abril 21, 1930.